(No. 6072—

MAX SHAPS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed May 9, 1972.*

MAX SHAPS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L.S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6163—

UNION OIL COMPANY OF CALIFORNIA, Claimant, *vs.* STATE OF ILLINOIS, VARIOUS AGENCIES, Respondent.

*Opinion filed May 9, 1972.*

UNION OIL COMPANY OF CALIFORNIA, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.